# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 1531 Disciplinary Docket No. 3 |
| | : | |
| LEROY FRANK GRIMM, JR. | : | No. 107 DB 2009 |
| | : | |
| | : | Attorney Registration No. 24728 |
| | : | |
| PETITION FOR REINSTATEMENT | : | (Allegheny County) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of March, 2017, the Petition for Reinstatement is granted. Petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. *See* Pa.R.D.E. 218(f).